**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. RWT 15-cv-1040 |
| | * | |
| **JOHN DOE subscriber assigned** | * | |
| **IP address 108.56.236.115,** | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER

Upon consideration of Plaintiff's Motion for Extension of Time Within Which It Has to Serve John Doe Defendant with a Summons and Complaint (ECF No. 11), it is this 1st day of September, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Extension of Time Within Which It Has to Serve John Doe Defendant with a Summons and Complaint (ECF No. 11) is hereby **GRANTED**, and Plaintiff is hereby given until **October 8, 2015** to effectuate service of a summons and Complaint on Defendant.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE